IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Myria Donaldson  CHAPTER 13
Debtor(s).  CASE NO. 16-32733

## SUPPLEMENTAL OBJECTION TO CONFIRMATION

COMES NOW, Republic Finance, LLC, by and through counsel, and files this supplemental objection to the confirmation of the Debtor's Plan and would further assert, as grounds for objection the following:

1. The Plan is not feasible. Specifically, the Debtor filed the case on September 28, 2016, and proposed to pay the Trustee $325.00 per month, and has only made one payment in the four months she has been in bankruptcy. Further, the Debtor testified that while her daughter helps her, she has had no income during the entire time she's been in bankruptcy, and she just got a job on Thursday, January 26, 2017.

2. The Debtor pawned property she had pledged to Republic as a lien for the loan. Further, the Debtor testified that she has disposed of some of the property she pledged to Republic.

3. The Debtor's schedules are not accurate. Specifically, the Debtor's address is not correct, and the Debtor was told at the Creditor's Meeting to change the address but has not done so. Further, Debtor's employment and income is not accurate.

4. The Debtor has acted in bad faith.

WHEREFORE, the Creditor objects for the above reasons, as well as any other reason which may be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for Republic Finance, LLC

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
BCA

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| | | |
|---|---|---|
| Myria Donaldson | Joshua C. Milam, Esq. | Sabrina L. McKinney, Esq. [Acting] |
| 350 Gilmer Ave. | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36105 | Montgomery, AL 36104 | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL